FILED
2006 JAN 23 PM 4:06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| REBECCA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:06CV 234-WKW |
| v. ) | Civil Action Number |
| ) | |
| ROADWAY EXPRESS, INC., et al. ) | CV-06-HS-0144-S |
| ) | |
| Defendants. ) | |

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendants ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and CIGNA LIFE INSURANCE COMPANY by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney

2