IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| REBECCA GEORGE, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| ROADWAY EXPRESS, INC., et al. | ) | |
| | ) | CV-06-HS-0144-S |
| Defendants. | ) | |

1:06CV 234-WKW

TO DEFENDANT    <u>ROADWAY EXPRESS, INC., c/o The Corporation Company, 2000 Interstate</u>

<u>Park Drive, Suite 204, Montgomery, Alabama 36109</u>


You are hereby summoned and required to serve upon plaintiff's attorney(s):

<u>Ashley L. McDavid, WHATLEY DRAKE LLC, 2323 2nd Avenue North, Birmingham, Alabama 35203</u>

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: <u>1.24.06</u>            <u>Sharon</u> N. Harris, Acting Clerk

By: _____

<u>SEE REVERSE SIDE FOR RETURN</u>        Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
    prepared for each defendant.


CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **REBECCA GEORGE,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| ROADWAY EXPRESS, INC., et al. | ) | |
| | ) | CV-06-HS-0144-S |
| Defendants. | ) | |

TO DEFENDANT   LIFE INSURANCE COMPANY OF NORTH AMERICA, 1601 Chestnut Street,

Philadelphia, Pennsylvania 19192

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Ashley L. McDavid, WHATLEY DRAKE LLC, 2323 2nd Avenue North, Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 1.24.06                          Sharon N. Harris, Acting Clerk

                                       By: *Joseph Colvin*

SEE REVERSE SIDE FOR RETURN            Deputy Clerk

                                       (SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

                                       CLERK, U. S. DISTRICT COURT
                                       NORTHERN DISTRICT OF ALABAMA
                                       1729 5th Avenue North
                                       Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **REBECCA GEORGE,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| **ROADWAY EXPRESS, INC., et al.** | ) | |
| | ) | CV-06-HS-0144-S |
| Defendants. | ) | |

TO DEFENDANT  <u>CIGNA LIFE INSURANCE COMPANY, c/o The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109</u>

You are hereby summoned and required to serve upon plaintiff's attorney(s):

<u>Ashley L. McDavid, WHATLEY DRAKE LLC, 2323 2nd Avenue North, Birmingham, Alabama 35203</u>

---

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: <u>1-24-06</u>                    Sharon N. Harris, Acting Clerk

                              By: *Joseph C[signature]*

<u>SEE REVERSE SIDE FOR RETURN</u>          Deputy Clerk

                              (SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

                              CLERK, U. S. DISTRICT COURT
                              NORTHERN DISTRICT OF ALABAMA
                              1729 5th Avenue North
                              Birmingham, Alabama 35203