**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:    2006 JAN 26  PM 12: 05

**ROADWAY EXPRESS, INC.**    COURT
**C/O THE CORPORATION COMPANY**
**2000 INTERSTATE PARK DRIVE**
**SUITE 204**
**MONTGOMERY, ALABAMA 36109**

1:06CV 234 — WKW
CV-06-VEH-144-S

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
1-23-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 2570 0001 3529 0446

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2006 JAN 26 PM 12: 05

CIGNA LIFE INSURANCE COMPANY
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE
SUITE 204
MONTGOMERY, ALABAMA 36109

1:06 CV 234 - WKW
CV-06-VEH-144.S

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   1-25-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 2570 0001 3529 0460

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540