| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X       □ Agent   □ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> **LIFE INSURANCE COMPANY** <br> **OF NORTH AMERICA** <br> **1601 CHESTNUT STREET** <br> **PHILADELPHIA, PENNSYLVANIA** <br> **19192** <br> 1:06CV 234-WKW <br> CV-06-HS-0144-S | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No |
| | 3. Service Type <br> ☑ Certified Mail   □ Express Mail <br> □ Registered   ☑ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   □ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7005 2570 0001 3529 0453    **5** |

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540