FILED
2006 Feb-08 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:06CV 234-WKW ) CIVIL ACTION NO.: 2:06-cv-144-VEH |
| ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA, and CIGNA LIFE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Life Insurance Company of North America, (hereinafter "LINA"), improperly named in Plaintiff's Complaint as CIGNA Life Insurance Company, by and through its undersigned counsel, and respectfully requests an additional fourteen (14) days to file a response to Plaintiff's Complaint. Defendant's motion is due to be granted for the following reasons:

1. Plaintiff filed her Complaint in the Northern District of Alabama on January 24, 2006. The Court issued the Summons and Complaint on January 24, 2006 and service was perfected on CIGNA Life Insurance Company on or about January 25, 2006. Court records reflect that service has not been perfected on LINA to date. A response to the Complaint from these parties is currently due on or before February 14, 2006.

01295142.1

6

2. The undersigned counsel was recently retained by LINA and needs additional time to file a response to the Complaint. Accordingly, LINA requests an additional fourteen (14) days, until February 28, 2006, to file a response.

3. The undersigned counsel contacted Plaintiff's counsel who does not oppose the instant motion.

4. No prejudice will result to any party from the granting of this request for an extension.

WHEREFORE, premises considered, LINA respectfully requests an additional fourteen (14) days, until February 28, 2006, to file a response in the above-referenced matter.

/s/ Grace C. Robinson
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendants
Life Insurance Company of North America and
Cigna Life Insurance Company

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: 205-254-1000
Facsimile: 205-254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on February 8th, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard P. Rouco
Ashley L. McDavid
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL 35203

s/ Grace C. Robinson
OF COUNSEL
