UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
06 FEB 14 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

REBECCA GEORGE,

  Plaintiff,

vs.

1:06CV 234-WKW

Case No. 2:06cv00144-VEH

ROADWAY EXPRESS, INC.; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; and CIGNA LIFE
INSURANCE COMPANY,

  Defendants.

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Defendant, Roadway Express, Inc., pursuant to Local Rule 83.1, hereby moves for an order allowing Joyce Ackerbaum Cox and Rexford H. Stephens to appear *pro hac vice* in the representation of the Defendant in the above-captioned matter. In support of this motion, Defendant Roadway Express, Inc. submits the Affidavits of Joyce Ackerbaum Cox and Rexford H. Stephens, which are respectively attached hereto as Exhibits A and B. The appropriate fees also have been submitted to the Clerk's office.

            BAKER & HOSTETLER LLP
            200 South Orange Avenue, Ste. 2300
            Post Office Box 112
            Orlando, FL 32802-0112
            Telephone: (407) 649-4000
            Fax: (407) 841-0168
            Attorneys for Defendant, Roadway Express, Inc.

            By: _/s/ Rexford H. Stephens_____
            Joyce Ackerbaum Cox
            Florida Bar No. 0090451
            jacox@bakerlaw.com
            Rexford H. Stephens
            Florida Bar No. 0150916
            rstephens@bakerlaw.com

7

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to Appear Pro Hac Vice has been furnished this 17th day of February 2006, by U.S. Mail to: Richard P. Rouco, Esquire and Ashley L. McDavid, Esquire, Whatley Drake, LLC, 2323 Second Avenue North, Birmingham, Alabama 35203, and Grace C. Robinson, Esquire, Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618.

                                                                                          _____
                                                                                          Rexford H. Stephens

501009631.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

REBECCA GEORGE,

    Plaintiff,

vs.                                  Case No. 2:06cv00144-VEH

ROADWAY EXPRESS, INC.; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; and CIGNA LIFE
INSURANCE COMPANY,

    Defendants.

## AFFIDAVIT OF JOYCE ACKERBAUM COX
## TO APPEAR PRO HAC VICE

    The undersigned attorney, Joyce Ackerbaum Cox, moves to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendant Roadway Express, Inc. (hereinafter referred to as "Roadway") in the above-captioned matter. In support of this motion, I submit the following information:

    1.    My full name is Joyce Ellen Ackerbaum Cox. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 200 South Orange Avenue, Suite 2300, Post Office Box 112, Orlando, Florida, 32802-0112, and my business telephone number is (407) 649-4000.

    2.    I am a member in good standing and have been admitted to practice before the following federal courts: United States Supreme Court (2000); United States Court of Appeals, Eleventh Circuit (1998); United States Court of Appeals, Ninth Circuit (2002); United States District Court, Middle District of Florida (1996); United States District Court, Southern District of Florida (1999). A certificate of good standing from The Florida Bar is attached hereto.

    3.    My Florida Bar number is 0090451.


EXHIBIT A

4.  To my knowledge, there are no disciplinary or grievance proceedings that have ever been filed against me, and none are so pending.

5.  I hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

FURTHER AFFIANT SAYETH NAUGHT.

JOYCE ACKERBAUM COX

SWORN TO BEFORE ME and subscribed in my presence, this 13th day of February, 2006.

NOTARY PUBLIC

501009649.1



**Catherine M. Kail**
Commission # DD433412
Expires May 24, 2009
Bonded Troy Fain · Insurance, Inc. 800-385-7019

2



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon    )

                          In Re:    90451
                                    Joyce Ackerbaum Cox
                                    Baker & Hostetler, LLP
                                    P.O. Box 112
                                    Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10th day of February, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssF1:R10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

REBECCA GEORGE,

    Plaintiff,

vs.                            Case No. 2:06cv00144-VEH

ROADWAY EXPRESS, INC.; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; and CIGNA LIFE
INSURANCE COMPANY,

    Defendants.

### AFFIDAVIT OF REXFORD H. STEPHENS
### TO APPEAR PRO HAC VICE

    The undersigned attorney, Rexford H. Stephens, moves to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendant Roadway Express, Inc. (hereinafter referred to as "Roadway") in the above-captioned matter. In support of this motion, I submit the following information:

    1.    My full name is Rexford Holt Stephens. I am a senior associate with the law firm of Baker & Hostetler LLP. My business address is 200 South Orange Avenue, Suite 2300, Post Office Box 112, Orlando, Florida, 32802-0112, and my business telephone number is (407) 649-4000.

    2.    I am a member in good standing and have been admitted to practice before the following federal courts: United States Court of Appeals, Eleventh Circuit (1999); United States District Court, Middle District of Florida (1998); United States District Court, Southern District of Florida (1999). A certificate of good standing from The Florida Bar is attached hereto.

    3.    My Florida Bar number is 0150916.



EXHIBIT B

4. To my knowledge, there are no disciplinary or grievance proceedings that have ever been filed against me, and none are so pending.

5. I hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
REXFORD H. STEPHENS

SWORN TO BEFORE ME and subscribed in my presence, this 13th day of February, 2006.

_____
NOTARY PUBLIC

501009656.1


**Catherine M. Kail**
Commission # DD433412
Expires May 24, 2009
Bonded Troy Fain · Insurance, Inc. 800-385-7019

2



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida         )

County of Leon          )

                  In Re:    150916
                               Rexford H. Stephens
                               Baker & Hostetler, LLP
                               P.O. Box 112
                               Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 1998.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10th day of February, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssF1:R10