UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
06 FEB 14 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

REBECCA GEORGE,

  Plaintiff,

vs.

1:06CV234-WKW

Case No. 2:06cv00144-VEH

ROADWAY EXPRESS, INC.; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; and CIGNA LIFE
INSURANCE COMPANY,

  Defendants.

### DEFENDANT ROADWAY EXPRESS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Roadway Express, Inc. (hereinafter "Roadway"), by and through undersigned counsel, respectfully requests an additional fourteen (14) days to file a response to Plaintiff's Complaint. Defendant's motion is due to be granted for the following reasons:

1. Plaintiff filed her Complaint in the Northern District of Alabama on January 24, 2006. The Court issued the Summons and Complaint on January 24, 2006, and service was perfected on Roadway on January 25, 2006. A response to the Complaint is currently due on February 14, 2006.

2. Undersigned counsel was recently retained by Roadway and needs additional time to file a response to the Complaint. Accordingly, Roadway requests an additional fourteen (14) days, until February 28, 2006, to file a response.

3. Undersigned counsel contacted the Plaintiff's counsel who does not oppose this motion.

4. No prejudice will result to any party from the granting of this request for an extension.

WHEREFORE, Roadway respectfully requests an additional fourteen (14) days, until February 28, 2006, to file a response in the above-referenced matter.

BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Post Office Box 112
Orlando, FL 32802-0112
Telephone: (407) 649-4000
Fax: (407) 841-0168

Attorneys for Defendant, Roadway Express, Inc.
(*pro hac vice* motion to be filed)

By: _____
Joyce Ackerbaum Cox
Florida Bar No. 0090451
jacox@bakerlaw.com
Rexford H. Stephens
Florida Bar No. 0150916
rstephens@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Extend Time to Respond to Plaintiff's Complaint has been furnished this 13th day of February 2006, by U.S. Mail to: Richard P. Rouco, Esquire and Ashley L. McDavid, Esquire, Whatley Drake, LLC, 2323 Second Avenue North, Birmingham, Alabama 35203 (Facsimile: 205-328-9669), and to Grace C. Robinson, Esquire, Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618 (Facsimile: 205-254-1999).

_____
Rexford H. Stephens

501009628.1