FILED
2006 Feb-24 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
| Plaintiff, | ) |
| | ) 1:06CV 234-WKW |
| v. | ) Civil Action No. |
| | ) 2:06-cv-00144-VEH |
| ROADWAY EXPRESS, INC.; | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA; and | ) |
| CIGNA LIFE INSURANCE | ) |
| COMPANY, | ) |
| Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER VENUE

1.  Plaintiff, Rebecca George, and Defendants, Roadway Express, Inc., and Life Insurance Company of North America, and CIGNA Life Insurance Company, hereby move this Court, pursuant to 28 U.S.C. § 1404(a), to transfer this case to the United States District Court for the Middle District of Alabama.

2.  Defendants Life Insurance Company of North America, CIGNA Group Insurance Company, and Roadway Express are corporations doing business in Alabama. Plaintiff is a resident of Alabama and was employed by Roadway Express at its facility in Houston County.

1

3. Plaintiff intended to file the Complaint in the Middle District of Alabama. However, due to a clerical error the Complaint was inadvertently filed in the Northern District of Alabama.

4. As set forth in 28 U.S.C. § 1404(a), "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district where it might have been brought."

5. This action could have been brought in the United States District Court for the Middle District of Alabama. Venue would have been proper in the Middle District of Alabama. Likewise, the Court would have subject-matter jurisdiction and the Court could have exercised personal jurisdiction over the defendant.

6. Transfer of this action is appropriate for the convenience of parties and witnesses and it is in the interest of justice.

7. Plaintiff has consulted with the Defendants who are unopposed to this Motion.

8. The parties agree that the deadline for Answers to be served by the Defendants should be extended to fourteen (14) days after the entry of an Order to Transfer Venue, and the Court is requested to approve such an extension.

/s/ Ashley L. McDavid
Ashley L. McDavid
Attorney for Plaintiff
WHATLEY DRAKE, LLC
2323 Second Avenue North
Birmingham, AL 35203
Tel.: (205) 328-9576
Fax: (205) 328-9669

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, a copy of the foregoing was served on the following counsel via email court ecf filing:

Joyce Ackerbaum Cox
Baker Hostetler LLP
200 South Orange Avenue
Sun Trust Center, Suite 2300
P.O. Box 112
Orlando, FL 32802-0112

Rex Stephens
Baker Hostetler LLP
200 South Orange Avenue
Sun Trust Center, Suite 2300
P.O. Box 112
Orlando, FL 32802-0112

Grace C Robinson
Maynard, Cooper & Gayle, P.C.
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

/s/ Ashley L. McDavid
OF COUNSEL