UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

RECEIVED

2006 MAR 14 A 9: 16

Sharon Harris
Acting Clerk

March 13, 2006

Debra Hackett, Clerk
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: CV-06-VEH-144-S

Dear :Ms. Hackett

    In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON HARRIS, ACTING CLERK

By: s/ Joseph Colvin
Deputy Clerk

PDM:JLC

Enclosures

xc:   Counsel