IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA GEORGE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | )CIVIL ACTION NO.: 1:06-cv-234-DRB |
| | ) |
| **ROADWAY EXPRESS, INC.;** | ) |
| **LIFE INSURANCE COMPANY** | ) |
| **OF NORTH AMERICA, and** | ) |
| **CIGNA LIFE INSURANCE COMPANY,** | ) |
| | ) |
|     **Defendants.** | ) |

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Life Insurance Company of North America ("LINA"), also improperly named in Plaintiff's Complaint as CIGNA Life Insurance Company, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure submits this Corporate Disclosure Statement and respectfully shows this Court as follows:

Defendant Life Insurance Company of North America hereby gives notice that it is a 100% wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is 100% wholly owned subsidiary of Cigna Holdings Inc. Cigna Holdings Inc. is a 100% wholly owned subsidiary of Cigna Corporation. Cigna Corporation is a publicly traded corporation listed on the New York Stock Exchange. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 21st day of March 2006.

                                                s/ Grace C. Robinson_____
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant
Life Insurance Company of North America

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 21 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Richard P. Rouco and Ashley L. McDavid and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Joyce Ackerbaum Cox
Rexford H. Stephens
Baker Hostetler, LLP
200 South Orange Avenue
Sun Trust Center, Suite 2300
P.O. Box 112
Orlando, FL 32802-0112

                                                  s/ Grace C. Robinson_____
                                                  OF COUNSEL