UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 16  A 10: 59

DEBRA P. HACKETT
U.S. DISTRICT

REBECCA GEORGE,

    Plaintiff,

vs.   Case No. 1:06-CV-00234-WKW-DRB

ROADWAY EXPRESS, INC.; LIFE
INSURANCE COMPANY OF NORTH
AMERICA; and CIGNA LIFE
INSURANCE COMPANY,

    Defendants.

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Defendant, Roadway Express, Inc., pursuant to Local Rule 83.1(b), hereby moves for an order allowing Joyce Ackerbaum Cox and Rexford H. Stephens to appear *pro hac vice* in the representation of Defendant Roadway Express, Inc. in the above-captioned matter. In support of this motion, Defendant Roadway Express, Inc. submits the Affidavits of Joyce Ackerbaum Cox and Rexford H. Stephens, which are respectively attached hereto as Exhibits A and B. The appropriate fees also have been submitted to the Clerk's office.

BAKER & HOSTETLER LLP
200 South Orange Avenue, Ste. 2300
Post Office Box 112
Orlando, FL 32802-0112
Telephone: (407) 649-4000
Fax: (407) 841-0168
Attorneys for Defendant, Roadway Express, Inc.

By: /s/ Rexford H. Stephens
Joyce Ackerbaum Cox
Florida Bar No. 0090451
jacox@bakerlaw.com
Rexford H. Stephens
Florida Bar No. 0150916
rstephens@bakerlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to Appear Pro Hac Vice has been furnished this 15th day of March, 2006, by U.S. Mail to: Richard P. Rouco, Esquire and Ashley L. McDavid, Esquire, Whatley Drake, LLC, 2323 Second Avenue North, Birmingham, Alabama 35203, and Grace C. Robinson, Esquire, Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618.

/s/ Rexford H. Stephens
Rexford H. Stephens

501009631.1