UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**REBECCA GEORGE,**

      **Plaintiff,**

vs.                                                                       Case No. 1:06-CV-00234-WKW-DRB

**ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and CIGNA LIFE INSURANCE COMPANY,**

      **Defendants.**

**AFFIDAVIT OF JOYCE ACKERBAUM COX
TO APPEAR PRO HAC VICE**

    The undersigned attorney, Joyce Ackerbaum Cox, moves to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendant Roadway Express, Inc. (hereinafter referred to as "Roadway") in the above-captioned matter. In support of this motion, I submit the following information:

    1.    My full name is Joyce Ellen Ackerbaum Cox. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 200 South Orange Avenue, Suite 2300, Post Office Box 112, Orlando, Florida, 32802-0112, and my business telephone number is (407) 649-4000.

    2.    I am a member in good standing and have been admitted to practice before the following federal courts: United States Supreme Court (2000); United States Court of Appeals, Eleventh Circuit (1998); United States Court of Appeals, Ninth Circuit (2002); United States District Court, Middle District of Florida (1996); United States District Court, Southern District of Florida (1999). I also was admitted *pro hac vice* in the Northern District of Alabama in this



action before it was transferred.  A certificate of good standing from The Florida Bar is attached hereto.

3. My Florida Bar number is 0090451.

4. To my knowledge, there are no disciplinary or grievance proceedings that have ever been filed against me, and none are so pending.

5. I hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOYCE ACKERBAUM COX

SWORN TO BEFORE ME and subscribed in my presence, this 15th day of March, 2006.

_____
NOTARY PUBLIC

501009649.1

**Catherine M. Kail**
Commission # DD433412
Expires May 24, 2009
Bonded Troy Fain - Insurance, Inc. 800-385-7019

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**JOYCE ACKERBAUM COX**, Bar **#0090451**,

was duly admitted to practice in this Court on

**OCTOBER 9, 1996**

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on March 16, 2006.

_____SHERYL L. LOESCH_____          _____
              Clerk                                              Deputy Clerk