UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**REBECCA GEORGE,**

      **Plaintiff,**

vs.                                       Case No. 1:06-CV-00234-WKW-DRB

**ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and CIGNA LIFE INSURANCE COMPANY,**

      **Defendants.**

## AFFIDAVIT OF REXFORD H. STEPHENS TO APPEAR PRO HAC VICE

The undersigned attorney, Rexford H. Stephens, moves to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendant Roadway Express, Inc. (hereinafter referred to as "Roadway") in the above-captioned matter. In support of this motion, I submit the following information:

    1.    My full name is Rexford Holt Stephens. I am a senior associate with the law firm of Baker & Hostetler LLP. My business address is 200 South Orange Avenue, Suite 2300, Post Office Box 112, Orlando, Florida, 32802-0112, and my business telephone number is (407) 649-4000.

    2.    I am a member in good standing and have been admitted to practice before the following federal courts: United States Court of Appeals, Eleventh Circuit (1999); United States District Court, Middle District of Florida (1998); United States District Court, Southern District of Florida (1999). I also was admitted *pro hac vice* in the Northern District of Alabama in this



action before it was transferred. A certificate of good standing from The Florida Bar is attached hereto.

3. My Florida Bar number is 0150916.

4. To my knowledge, there are no disciplinary or grievance proceedings that have ever been filed against me, and none are so pending.

5. I hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the Court to appear in the instant matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
REXFORD H. STEPHENS

SWORN TO BEFORE ME and subscribed in my presence, this 15th day of March, 2006.

_____
NOTARY PUBLIC

501009656.1

Catherine M. Kail
Commission # DD433412
Expires May 24, 2009
Bonded Troy Fain - Insurance, Inc 800-385-7019

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**REXFORD H. STEPHENS**, Bar **#0150916**,

was duly admitted to practice in this Court on

**NOVEMBER 7, 1998**

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on March 16, 2006.

SHERYL L. LOESCH
Clerk

Deputy Clerk