IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 06-CV-234-WKW |
| | ) |
| ROADWAY EXPRESS, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Leave for Joyce Ackerbaum Cox and Rexford H. Stephens to Appear Pro Hac Vice (Doc. #15) filed on March 16, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 21st day of March, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE