IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**REBECCA GEORGE,**

      **Plaintiff,**

vs.                            Case No. 06-CV-234-WKW

**ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA; and CIGNA LIFE INSURANCE COMPANY,**

      **Defendants.**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Rebecca George, and Defendant, Roadway Express, Inc., (collectively "the Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), file this joint stipulation of dismissal without prejudice. Plaintiff hereby dismisses all claims against Defendant Roadway Express, Inc. without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Ashley L. McDavid | /s/ Rexford H. Stephens |
| Richard P. Rouco, Esq. | Joyce Ackerbaum Cox, Esquire |
| ASB-6182-R76R | Florida Bar Number: 0090451 |
| **rrouco@whatleydrake.com** | jacox@bakerlaw.com |
| Ashley L. McDavid, Esq. | Rexford H. Stephens, Esquire |
| ASB-0230-S77L | Florida Bar Number: 0091812 |
| **amcdavid@whatleydrake.com** | rstephens@bakerlaw.com |
| WHATLEY DRAKE, LLC | BAKER & HOSTETLER, LLP |
| 2323 Second Avenue North | Post Office Box 112 |
| Birmingham, AL 35203 | 200 South Orange Avenue |
| Phone: (205) 328-9576 | Sun Trust Center, Suite 2300 |
| Fax: (205) 328-9669 | Orlando, Florida 32802-0112 |
| ATTORNEYS FOR PLAINTIFF | Phone: (407) 649-4000 |
| | Fax: (407) 841-0168 |
| | ATTORNEYS FOR DEFENDANT, ROADWAY EXPRESS, INC. |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following: Richard P. Rouco, Esquire and Ashley L. McDavid, Esquire, Whatley Drake, LLC, 2323 Second Avenue North, Birmingham, Alabama 35203 (Facsimile:  205-328-9669), and to Grace C. Robinson, Esquire, Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618 (Facsimile:  205-254-1999).

                                          /s/ Rexford H. Stephens
                                          Rexford H. Stephens

501037591.1