IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROADWAY EXPRESS, INC., et al., )<br>)<br>Defendants | CASE NO. 1:06-CV-00234-<br>WKW (WO) |

### **ORDER**

The parties filed a Joint Stipulation of Dismissal Without Prejudice (Doc. # 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED without prejudice. The pending motion (Doc. # 13) is DENIED as MOOT.

An appropriate judgment will be entered.

Done this the 6th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE