IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00234- |
| ) | WKW (WO) |
| ROADWAY EXPRESS, INC., LIFE ) | |
| INSURANCE COMPANY OF NORTH ) | |
| AMERICA; AND CIGNA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the ORDER (Doc. # 19) and Final Judgment (Doc. # 20), filed on April 6, 2006, is VACATED.

Pursuant to the Joint Stipulation of Dismissal Without Prejudice (Doc. # 18), it is ORDERED that the plaintiff's claims against Defendant Roadway Express, Inc., are DISMISSED without prejudice, each party to bear its own costs. Nothing in this order is intended to affect Plaintiff's claims against Life Insurance Company of North America and Cigna Life Insurance Company, which shall remain pending before this Court.

Upon consideration of Life Insurance Company of North America's Motion for Judgment on the Pleadings (Doc. # 13), it is ORDERED that the plaintiff shall show cause **on or before May 5, 2006**, why the defendant's motion should not be granted in whole or part.

Done this the 13th day of April, 2006.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE