IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE,        ) | |
| )  | |
| Plaintiff,        ) | |
| )  | |
| v.        ) | Civil Action No. |
| )  | 1:06-cv-234-WKW |
| LIFE INSURANCE COMPANY        ) | |
| OF NORTH AMERICA, et al.,        ) | |
| )  | |
| Defendant.        ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Rebecca George and requests leave to amend her Complaint as follows:

1. Plaintiff hereby moves this Court for leave to amend her Complaint to substitute Life Insurance Company of North America, a subsidiary of Cigna Corporation, for Cigna Group Insurance Company, originally named as defendant in this case. Counsel for plaintiff has been advised by counsel for defendant that the correct name of this defendant is Life Insurance Company of North America, a subsidiary of Cigna Corporation.

2. Plaintiff hereby moves this Court for leave to amend the Complaint correcting a typographical error and allow her to substitute the

cite "section 502(a)(3)" for the existing cite "section 503(a)(3)" in the Conclusion paragraph of his Complaint.

    3.    A copy of Plaintiff's Amended Complaint is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays this Honorable Court will issue an order granting her leave to file her Amended Complaint.

Respectfully submitted,

/s/ Ashley L. McDavid
Ashley L. McDavid
Richard P. Rouco
WHATLEY DRAKE, LLC
2323 Second Avenue North
Birmingham, AL 35203
Tel.: (205) 328-9576
Fax: (205) 328-9669

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2006, a copy of the foregoing was served on the following counsel via email court ecf filing:

Grace C Robinson
Maynard, Cooper & Gayle, P.C.
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

/s/  Ashley L. McDavid
OF COUNSEL