IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:06-cv-234-DRB |
| ROADWAY EXPRESS, INC.; LIFE INSURANCE COMPANY OF NORTH AMERICA, and CIGNA LIFE INSURANCE COMPANY, | ) ) ) ) ) |
|     Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on Monday, April 17, 2006 and was attended by Ashley McDavid on behalf of Plaintiff and Grace Robinson Murphy on behalf of Defendant Life Insurance Company of North America, also improperly named in Plaintiff's Complaint as CIGNA Life Insurance Company.

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Local Rule 26.1(a)(1) within 21 days of the entry of the Court's scheduling order.

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    It is the Defendant's position that to the extent the Court's review of the Defendant's claim determination is governed under the arbitrary and capricious or heightened arbitrary and capricious standard of review, discovery is limited pursuant to Eleventh Circuit

authority. As a result, Defendant reserves the right to limit discovery to information contained in the administrative record.

The Parties do acknowledge, however, that by agreeing to this discovery plan, the Plaintiff does not waive any argument she may have that the Court's review of the matter of the claim is not limited to the administrative record and thus, it is Plaintiff's position that discovery may also not be limited to the administrative record.

    a.    Discovery will be needed on the subjects:

All claims by Plaintiff, all defenses by Defendant, and damages.

    b.    All discovery commenced in time to be completed by **April 13, 2007**.

    c.    Maximum of **30** interrogatories by each party to any other party without prior approval of the Court. Maximum of **30** requests for production by each party to any other party without prior approval of the Court. Maximum of **30** requests for admission by each party to any other party without prior approval of the Court. (Responses due **45** days after service).

    d.    Maximum of **5** depositions by Plaintiff and **5** by Defendant without the prior approval of the Court. Each deposition is limited to a maximum of **6** hours, unless extended by agreement of the parties.

    e.    Reports from retained experts under Rule 26(a)(2) due:

        (i)    from **Plaintiff** by **December 15, 2006**

        (ii)    from **Defendant** by **January 19, 2007**

    f.    Supplementation under Rule 26(e) due within **14** days after any party learns that in some material respect the information disclosed in incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4. **Other Items.**

   a. The parties do not request a conference with the Court prior to entry of the Scheduling Order.

   b. Plaintiffs should be allowed until **October 13, 2006** to join additional parties and to amend the pleadings.

   c. Defendant should be allowed until **November 17, 2006** to join additional parties and to amend the pleadings.

   d. All potentially dispositive motions should be filed by **May 30, 2007**.

   e. The parties are receptive to mediation but do not request Court ordered mediation at this time. The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until the parties exchange initial disclosures and engage in written discovery.

   f. The Parties request a final pretrial conference in or after **July 2007**.

   g. Final lists of trial evidence under Rule 26(a)(3) should be due pursuant to the terms of the pretrial order.

   h. Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

   i. The case should be ready for trial by **August 2007** and at this time is expected to take approximately **1-2 days**.

Respectfully submitted:    April 17, 2006

Ashley L. McDavid
Attorney for Plaintiff Rebecca George

OF COUNSEL:

WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202-0647
(205) 328-9576

*/s/ Grace Robinson Murphy*
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant Life Insurance
Company of North America

OF COUNSEL:

MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000