IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00234-WKW |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA and CIGNA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. # 22-1), and for good cause shown, it is ORDERED that the motion is GRANTED. The Clerk is directed to docket the amended complaint (Doc. # 22-2), which is attached to the motion, in accordance with this Order

Done this the 18th day of April, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE