IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00234-WKW |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the date of the pretrial conference in this case is now set for August 2, 2007.

Done this the 27th day of April, 2006.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE