UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

REBECCA GEORGE,            )
                           )
    Plaintiff,             )
                           )
v.                         )
                           ) CIVIL ACTION NO.
LIFE INSURANCE COMPANY     )      1:06-cv-234-WKW
OF NORTH AMERICA, et al.,  )
                           )
                           )
    Defendants.            )

## MOTION TO WITHDRAW

Comes now Ashley L. McDavid and moves this Honorable Court for leave to withdraw as counsel for the Plaintiff. As grounds therefor, counsel states as follows:

1. Attorney McDavid will be leaving the employment of Whatley Drake & Kallas, LLC effective April 6, 2007.

2. Richard P. Rouco with Whatley Drake & Kallas, LLC will continue to represent Plaintiff in this matter.

WHEREFORE, premises considered, Ashley L. McDavid respectfully requests that this Honorable Court allow her to withdraw from representation of the Plaintiffs in this matter.

                                              s/Ashley L. McDavid
                                              Richard P. Rouco
                                              ASB-6182-R76R
                                              Ashley L. McDavid
                                              ASB-0230-S77L

OF COUNSEL:

Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
P.O. Box 10647
Birmingham, AL 35202-0647
205-328-9576
205-328-9669 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2007, a copy of the foregoing was served on the following counsel via email court ecf filing:

William B. Wahlheim
John David Collins
Grace Robinson Murphy
Maynard, Cooper & Gayle, P.C.
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

                                              /s/ Ashley L. McDavid
                                              OF COUNSEL