IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO:1:06-cv-234-WKW |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
|    Defendant. | ) |

**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND REQUEST FOR COURT PROGRAM OF VOLUNTARY MEDIATION**

Plaintiff Rebecca George and Defendant Life Insurance Company of North America ("LINA"), by and through their undersigned counsel, jointly move the Court for an Order extending the current deadline for dispositive motions for a period of 60 days. In support of this motion, the parties state as follows:

1. On October 6, 2006, this Court entered an Amended Uniform Scheduling Order which set the deadline for dispositive motions as May 4, 2007.

2. The parties have engaged in private settlement negotiations and made progress to date. The parties have now agreed to engage in formal mediation and are optimistic that this matter can be resolved through mediation.

3 The parties would like to focus their efforts on settlement prior to expending additional resources in preparing cross-motions for summary judgment.

4. Accordingly, the parties request that the current dispositive motion deadline be extended by 60 days until July 3, 2007 to allow the parties to schedule and conduct mediation. This brief extension will facilitate the parties' settlement discussions and promote the efficient administration of justice.

5. In addition, the parties jointly request a referral to the Voluntary Mediation program described in the Court's Amended Uniform Scheduling Order of October 6, 2006.

WHEREFORE, the parties respectfully request a referral to the Court's Voluntary Mediation program and an extension until July 3, 2007 for the dispositive motion deadline.

/s Grace R. Murphy
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant Life Insurance Company of North America

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

                                       s/ Richard P. Rouco_____
                                       Richard P. Rouco
                                       Attorney for Plaintiff Rebecca George

**OF COUNSEL:**
WHATLEY, DRAKE & KALLAS
P.O. Box 10647
Birmingham, AL 35202-0647
(205) 328-9576