IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00234-WKW |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 33), it is ORDERED that the motion is GRANTED.

DONE this 4th day of April, 2007.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE