IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00234-WKW |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Joint Motion to Extend Dispositive Motion Deadline and Request for Court Program of Voluntary Mediation (Doc. # 34), it is ORDERED that the motion is GRANTED. The dispositive motions deadline is extended from May 4, 2007, to **July 6, 2007.** The court's voluntary mediation program is currently suspended. The parties shall contact the chambers of the undersigned by April 13, 2007, regarding the possibility of private mediation.

DONE this 4th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE