IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA GEORGE,** | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *     CASE NO.:  1:06-cv-234-WKW |
| | * |
| **LIFE INSURANCE COMPANY OF** | * |
| **NORTH AMERICA,** | * |
| | * |
|    Defendant. | * |

## NOTICE OF SETTLEMENT

    Comes now the undersigned and notifies this Court that the above-styled case has settled through mediation.  The parties will be filing settlement documents shortly.

    /s  Lee H. Copeland
    Lee H. Copeland (ASB-3461-O72L)
    **MEDIATOR**

    Copeland, Franco, Screws & Gill, P.A.
    444 South Perry Street (36104)
    Post Office Box 347
    Montgomery, Alabama 36101-0347
    Telephone:     (334) 834-1180
    Facsimile:     (334) 834-3172
    Email:  copeland@copelandfranco.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on 12th of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **John David Collins**
  jcollins@mcglaw.com
- **Grace Robinson Murphy**
  grobinson@mcglaw.com robinsongrace@hotmail.com
- **Richard Paul Rouco**
  rrouco@whatleydrake.com jherrin@whatleydrake.com;ecf@whatleydrake.com
- **William Bernhart Wahlheim, Jr**
  wwahlheim@mcglaw.com

                                                     /s Lee H. Copeland