IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00234-WKW |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Notice of Settlement (Doc. # 37), it is ORDERED that the parties shall file their joint stipulation of dismissal **on or before July 13, 2007.**

Done this 14th day of June, 2007.

　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE