IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA GEORGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO: 1:06-cv-234-WKW |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Rebecca George, by and through her counsel, and Defendant Life Insurance Company of North America, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

_____
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

Attorneys for Defendant
Life Insurance Company of North America

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

1

01501571.1

/s/ Richard Rouco
Richard P. Rouco
Attorney for Plaintiff Rebecca George

**OF COUNSEL:**
WHATLEY, DRAKE & KALLAS
P.O. Box 10647
Birmingham, AL 35202-0647
(205) 328-9576