IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA GEORGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00234-WKW |
| | ) | (WO) |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | | |

## **FINAL JUDGMENT**

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 39),

it is ORDERED that this case is DISMISSED with prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 18th day of July, 2007.

          /s/  W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE